```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                              |   |                                |
|------------------------------|---|--------------------------------|
| ARTHUR J. ROBERTS, JR.,      | ) |                                |
|         Plaintiff,           | ) |                                |
|         v.                   | ) | Civil Action No. 11-11352-DPW  |
| DAVID MADOFF, et al.,        | ) |                                |
|         Defendants.          | ) |                                |

<u>MEMORANDUM AND ORDER FOR DISMISSAL</u>
December 19, 2011

WOODLOCK, D.J.

On July 27, 2011, Arthur J. Roberts, Jr. ("Roberts"), filed this *pro se* complaint and a motion for leave to proceed *in forma pauperis*. In the complaint, Roberts alleges that the judge presiding over his pending bankruptcy proceedings has conspired with the trustees, creditors, and attorneys of the creditors, resulting in a denial of his right to due process.

On October 4, 2011, Magistrate Judge Boal issued a Memorandum and Order (Docket No. 6) granting the *in forma pauperis* motion and directing Roberts to demonstrate good cause within 35 days why this action should not be dismissed for the reasons stated therein.

On November 9, 2011, Roberts filed a Motion to Extend Time to November 23, 2011 to respond to the show cause Order. On November 21, 2011, an Electronic Order entered granting the motion and directing Roberts to file his response by November 23,

2011.

To date, Roberts has failed to file any response, and the time period for doing so has expired.  In light of this, the action was reassigned to me for further proceedings.

## CONCLUSION

Based on the foregoing, it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety for the failure of Roberts to comply with the Court's directives to file a show cause response and for the reasons set forth in the prior Memorandum and Order (Docket No. 6) discussing the various legal impediments to plaintiff's claims.

SO ORDERED.

<pre>
                                    /s/ Douglas P. Woodlock
                                    DOUGLAS P. WOODLOCK
                                    UNITED STATES DISTRICT JUDGE
</pre>